378                [Cuyahoga Circuit Court, January Term, 1893.]

BERNSDORF & SAYLOR v. GEORGE J. HARDWAY ET AL.

For opinion in this case see 6 Ohio Circ. Dec., 171.